IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00475-RM

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

1. **SHANE MCMILLAN and**
2. **JESSIE WILSON,**

      Defendants.

---

**INDICTMENT**
18 U.S.C. §113 (a) (1) (Assault with Intent to Murder)
18 U.S.C. §2 (Aiding & Abetting)
18 U.S.C. §1791(a)(2) and (b)(3) (Possession of Contraband in Prison)

---

The Grand Jury charges:

**COUNT ONE**
**Assault with Intent to Murder**

On or about November 15, 2011, in the State and District of Colorado, at the United States Penitentiary–Administrative Maximum Security (ADX), Federal Correctional Center, Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7(3), defendants **JESSIE WILSON** and **SHANE MCMILLAN**, did knowingly assault with intent to murder Erving Bond and did aid, abet, counsel, command, induce, and procure each other's participation in the commission of said offense.

All in violation of Title 18, United States Code, Section 113 (a)(1) and Section 2.

## COUNT TWO
### Possession of a Contraband in Prison

On or about November 15, 2011, in the State and District of Colorado, SHANE MCMILLEN, being an inmate at a prison, as defined in 18 United States Code §1791(d)(4), knowingly possessed a prohibited object, namely a weapon and object designed and intended to be used as a weapon.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

## COUNT THREE
### Possession of a Contraband in Prison

On or about November 15, 2011, in the State and District of Colorado, JESSIE WILSON, being an inmate at a prison, as defined in 18 United States Code §1791(d)(4), knowingly possessed a prohibited object, namely a weapon and object designed and intended to be used as a weapon.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL:

Ink signature on file in the Clerk's Office
FOREPERSON

JOHN F. WALSH
United States Attorney

By: /s/Robert Troyer
/s/Colleen Covell
Robert Troyer
Colleen Covell
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado   80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Robert.Troyer@usdoj.gov
Colleen.Covell@usdoj.gov
Attorneys for Government