(Rev. 04/07)

DEFENDANT: SHANE MCMILLAN

YOB: 1974

ADDRESS (CITY/STATE): Florence, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: 18 U.S.C. § 113 (a)(1) – Assault with Intent to Murder;
18 U.S.C. § 2  - Aiding and Abetting
18 U.S.C. § 1791 (a)(2) and (b)(3) – Possession of Contraband in Prison

LOCATION OF OFFENSE (COUNTY/STATE): Fremont County, Colorado

PENALTY: 18 U.S.C. § 113 (a)(1): NMT 20 years imprisonment, $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment fee.

18 U.S.C. § 1791 (a)(2) and (b)(3): NMT 5 years, imprisonment, $250,000.00 fine, or both; NMT 3 years supervised release

AGENT: Special Agent Molly Marie Howard
Federal Bureau of Investigation

AUTHORIZED BY: Colleen Covell
Assistant U.S. Attorney

Robert Troyer
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

1

THE GOVERNMENT

   X    will seek detention in this case         will **not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:         Yes    X    No