AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| 1. SHANE MCMILLAN | ) Case No. 13-cr-00475-RM |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHANE MCMILLAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Assault with Intent to Murder in violation of 18 U.S.C. Section 113(a)(1); Aiding & Abetting in violation of 18 U.S.C. Section 2; Possession of Contraband in Prison in violation of 18 U.S.C. Section 1791(a)(2) and (b)(3)

Date: 11/20/2013

*Issuing officer's signature:* s/T.Lee

City and state: Denver, CO

*Printed name and title:* Jeffrey P. Colwell, Clerk, U.S. District Court

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*