**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.  13-cr-00475-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. SHANE MCMILLAN, and
2. JESSIE WILSON,

     Defendants.

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE GRAND JURY
MATERIAL TO DEFENDANTS (ECF No. 14)**

_____

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury

Material to Defendants (ECF No. 14), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court

finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that grand jury testimony and

grand jury documents may be disclosed to defendants and their attorneys in the course of

discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such

materials are disclosed only to defendants and their attorneys; that the defense attorneys shall

maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 19th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE

United States District Judge