United States District Court
District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2013

JEFFREY P. COLWELL
CLERK

US
V
McMillan
Wilson

Criminal Case # 13-CR-00475-RM

## Motion to Dismiss Appointed Counsel And Proceed Pro se

I, Shane McMillan, do hereby Request the court to Relieve Mr. Robert Pepin of his duties concerning the Above titled case and Allow me to represent myself. I am of sound mind And body And have A firm understanding of the charges I face And the law in regards to them.

this Request is respectfully submitted on Dec 26 2013

Shane McMillan
SHANE McMillan
# 07580-091
USP MAX
PO Box 8500
Florence, Co
81226