IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  13-cr-00475-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SHANE McMILLAN,

        Defendant.

_____

### OBJECTION TO PROPOSED PROTECTIVE ORDER
_____

        Shane McMillan, by and through his counsel, Assistant Federal Public Defender Robert W. Pepin objects to the present iteration of the Protective Order proposed by the government in its **Motion For Protective Order** (Document # 21).  In support of this objection Mr. McMillan responds as follows:

        1.     The government has filed it's **Motion For Protective Order** (Document # 21) in which it requests that a Protective Order apply to discovery materials which it (the government) has marked as CONFIDENTIAL-DEFENDANT MAY VIEW BUT NOT POSSESS.

        2.     While the defense agrees to the aspects of the proposed protective order which do not apply to physical possession of the discovery by Mr. McMillan, the defense objects to any order which limits possession of any discovery materials by Mr. McMillan which are different from those which apply to the rest of the defense team.

3.      The very wording of the proposed stamping of the material in question, CONFIDENTIAL-DEFENDANT MAY VIEW BUT NOT POSSESS, serves to restrict even the touching of the materials by Mr. McMillan, especially in light of the 10th Circuit's definition of "possession" in other contexts.

4.      Mr. McMillan should only be under the same proscriptive thumb regarding the dissemination of the materials as would the defense team.  He is not in a position to share the materials with others.  He would be required to return the materials to counsel for further action once the case is completed.

5.      Mr. McMillan's ability to assist his counsel assist him so that he can enjoy the due process promised him by the Fifth and Sixth Amendments to the U.S. Constitution will be compromised if he can not read, study, and assess all discovery materials in a manner which allows for the careful consideration which possession allows.

Wherefore, the defense objects to the Protective Order as proposed by the government in its **Motion For Protective Order** (Document # 21).

                                Respectfully submitted,

                                VIRGINIA L. GRADY
                                Federal Public Defender, Interim


                                s/   Robert W. Pepin
                                ROBERT W. PEPIN
                                Assistant Federal Public Defender
                                Attorney for Defendant
                                633 - 17th Street, Suite 1000
                                Denver, Colorado 80202
                                (303) 294-7002
                                (303) 294-1192
                                Robert_Pepin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I electronically filed the foregoing

**OBJECTION TO PROPOSED PROTECTIVE ORDER**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Colleen Covell, Assistant U.S. Attorney
        Colleen.Covell@usdoj.gov

    Robert Troyer, Assistant U.S. Attorney
        Robert.Troyer@usdoj.gov

    Darren Cantor, Attorney At Law

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

                s/ Robert W. Pepin
                ROBERT W. PEPIN
                Assistant Federal Public Defender
                Attorney for Defendant
                633 - 17th Street, Suite 1000
                Denver, Colorado 80202
                (303) 294-7002
                (303) 294-1192
                Robert_Pepin@fd.org