IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00475-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SHANE MCMILLAN, and
2.    JESSIE WILSON,

    Defendants.

_____

### GOVERNMENT'S RESPONSE TO DEFENDANT MCMILLAN'S REQUEST FOR NOTICE OF 404(B) EVIDENCE (DOC#38)
_____

The United States of America, by the undersigned Assistant United States Attorneys, hereby responds to defendant McMillan's Request for Notice of 404(b) Evidence (DOC#38) and states as follows:

In his Motion, Defendant McMillan requests that the government provide notice pursuant to Rule 404(b) of the Federal Rules of Evidence of any evidence it intends to introduce in its case-in-chief regarding other crimes, wrongs or acts by Defendant. At this early juncture (no trial date is scheduled), the government has not conclusively decided what, if any, 404(b) evidence it may seek to introduce. Accordingly, the government requests that when a trial date is scheduled, the Court also set a deadline for the government's 404(b) Notice.

Dated this 9th day of May, 2014.

1

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By:     s/ Colleen Covell
        COLLEEN COVELL
        s/Robert Troyer
        ROBERT TROYER
        Assistant United States Attorneys
        1225 Seventeenth Street, Ste 700
        Denver, Colorado  80202
        Telephone:  (303) 454-0100
        Fax: (303) 454-0406
        Email: Colleen.covell@usdoj.gov
               Robert.troyer@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT MCMILLAN'S REQUEST FOR NOTICE OF 404(B) EVIDENCE (DOC#38)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

- **Robert William Pepin**
  Robert_Pepin@fd.org,COX_ECF@fd.org
- **Daniel T. Smith**
  danieltsmith@qwestoffice.net,terriwilcox@comcast.net,srammage@qwestoffice.net

    s/Valerie Nielsen
    VALERIE NIELSEN
    Legal Assistant
    U.S. Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax:   (303) 454-0406
    E-mail: valerie.nielsen@usdoj.gov