**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: August 22, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO. 13-cr-00475-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| v. | |
| **1. SHANE MCMILLAN**, and | Robert W. Pepin |
| **2. JESSIE WILSON**, | Daniel T. Smith |
| Defendants. | |

**COURTROOM MINUTES**

**MOTIONS HEARING
COURT IN SESSION:    3:14 p.m.**

Appearances of counsel. Defendants are present and in custody.

Discussion held regarding the status of the case, potential trial dates, and the pending Motion to Restrict Access (Doc. 36, filed 4/18/14).

**ORDERED:** Defendant Shane McMillan's Motion to Restrict Access (Doc. 36, filed 4/18/14) is GRANTED. Documents 37, 38, 39, 40, and 41 shall remain filed under Restriction Level 1.

Discussion held regarding transportation of the defendants. The Court expresses that he does not want the defendants to sit for long periods of time at the Englewood facility.

**ORDERED:** Defendant McMillan's Notice (Motion) of Waiver of Appearance (Doc. 90, filed 8/20/14) is DENIED as moot.

Discussion held and argument given regarding Defendant McMillan's Motion for Separate Trial from Co-Defendant (Doc. 41, filed 4/18/14).  Mr. Pepin orally moves to withdraw the motion.

**ORDERED:** Defendant McMillan's oral motion to withdraw Defendant McMillan's Motion for Separate Trial from Co-Defendant (Doc. 41, filed 4/18/14) is GRANTED.  The motion is deemed WITHDRAWN.

Discussion held regarding Defendant McMillan's Motion for James Hearing (In Limine Determination of Admissibility of Rule 801(d)(2)(E) Statements (Doc. 40, filed 4/18/14) and Mr. Wilson's Motion for James Hearing (Doc. 50, filed 4/25/14).

**ORDERED:** Defendant McMillan's Motion for James Hearing (In Limine Determination of Admissibility of Rule 801(d)(2)(E) Statements (Doc. 40, filed 4/18/14) AND Mr. Wilson's Motion for James Hearing (Doc. 50, filed 4/25/14) are DENIED as moot as stated on the record.

Discussion held and argument given regarding Defendant McMillan's Request for Notice of 404(b) Evidence (Doc. 38, filed 4/18/14) and Mr. Wilson's Motion for Disclosure of 404(b), 608 and 609 Materials (Doc. 49, filed 4/25/14).

**ORDERED:** Defendant McMillan's Request for Notice of 404(b) Evidence (Doc. 38, filed 4/18/14) is GRANTED as stated on the record.  The Government shall notify Defendant's counsel by September 15, 2014, if they wish to introduce 404(b) evidence.

**ORDERED:** Mr. Wilson's Motion for Disclosure of 404(b), 608 and 609 Materials (Doc. 49, filed 4/25/14) is GRANTED to the extent that the Government shall notify Defendant's counsel by September 15, 2014, if they wish to introduce 404(b) evidence.  The motion is denied to the extent advance notice of character evidence.  Further, the motion is denied as moot as to the Rule 609 aspect.

Discussion held and argument given regarding the Motion for Discovery (Doc. 39, filed 4/18/14), Mr. Wilson's Motion for Discovery (Doc. 48, filed 4/25/14), and Mr. Wilson's Motion for Discovery and Disclosure of Portions of Presentence Investigation Reports of Government Witnesses (Doc. 51, filed 4/25/14).

**ORDERED:** Motion for Discovery (Doc. 39, filed 4/18/14) is GRANTED in part, DENIED in part, and DENIED as moot in part as stated on the record.

**ORDERED:** Mr. Wilson's Motion for Discovery (Doc. 48, filed 4/25/14) is GRANTED in part, DENIED in part, and DENIED as moot in part as stated on the record.

**ORDERED:**   Mr. Wilson's Motion for Discovery and Disclosure of Portions of Presentence Investigation Reports of Government Witnesses (Doc. 51, filed 4/25/14) is GRANTED in part and DENIED in part as stated on the record.

**COURT IN RECESS:**     4:20 p.m.
**Total in court time:**     1:06
**Hearing concluded.**