**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.  13-cr-00475-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHANE MCMILLAN, and
2. JESSIE WILSON,

      Defendants.

_____

**ORDER SETTING TRIAL DATES**
_____

This matter has been scheduled for a **five-day** jury trial on the docket of Judge Raymond

P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver,

Colorado to commence on **November 3, 2014 at 9:00 a.m.**

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

    4)     anticipated evidentiary issues;

    5)     any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 29th day of August, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2